# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Gregory Allen Bonnie, | ) | C/A No.: 4:23-cv-1215 DCN |
| Petitioner, | ) | |
| -vs- | ) | **ORDER** |
| Warden Dunbar, | ) | |
| Respondent. | ) | |

This matter is before the court upon petitioner's motion for extension of time to file objections to the Magistrate Judge's Report and Recommendation. This motion was filed on January 17, 2024. For good cause shown, it is therefore

**ORDERED,** that the motion for extension of time is **GRANTED**. Petitioner shall have until **February 13, 2024** to file objections to the Magistrate Judge's Report and Recommendation.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

January 18, 2024
Charleston, South Carolina